374 P.2d 148.

Charles J. FISHER, Petitioner,

v.

Harold A. COX, Warden, New Mexico State Penitentiary, Respondent.

No. I HC.

Supreme Court of New Mexico.

Aug. 24, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of assistance is denied.